UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO R. GONZALES, | No. 2: 16-cv-0555 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| JOE LIZARRAGA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the filing fee.

Petitioner appears to claim that the California Board of Parole Hearings ("BPH") found him unsuitable for parole based on inaccurate information. In particular, petitioner appears to argue that the BPH relied on a probation report that did not accurately describe his offense. Petitioner also argues that the probation report also did not contain statements by the sentencing judge that petitioner should have been found guilty of manslaughter rather than murder.

In the parole context, due process requires only that a prisoner be given an opportunity to be heard and a statement of the reasons parole was denied. Swarthout v. Cooke, 562 U.S. 216, 220 (2011). As the United States Supreme Court explained, "it is no federal concern [ ] whether California's 'some evidence' rule of judicial review (a procedure beyond what the Constitution demands) was correctly applied." Id. at 863.

Here, petitioner does not allege that he was not given an opportunity to be heard at any parole suitability hearing or that he was not given a statement of reasons why parole was denied. Petitioner's claim that the BPH considered inaccurate information is not cognizable in federal habeas.  See, e.g., Torricellas v. Garcia, 2011 WL 1979398, at *1–2 (C.D. Cal. 2011) (rejecting, under Swarthout, claims that BPH failed to consider petitioner's submissions and denied her the opportunity to explain false and unreliable evidence where record showed that she was represented by counsel and afforded an adequate opportunity to be heard).

In an abundance of caution, petitioner is granted leave to file an amended petition.

In accordance with the above, IT IS HEREBY ORDERED that petitioner's petition is dismissed with leave to file an amended petition within thirty days of the date of this order; failure to file an amended petition within that time will result in a recommendation of dismissal of this action.

Dated:  June 27, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gon555.ord