UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO R. GONZALES,<br><br>            Petitioner,<br><br>     v.<br><br>JOE LIZARRAGA,<br><br>            Respondent. | No. 2:16-cv-0555 MCE KJN P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file objections to the January 19, 2017, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

  1. Petitioner's request for an extension of time (ECF No. 15) is granted; and

  2. Petitioner shall file his objections to the findings and recommendations within thirty days from the date of this order.

Dated:  02/27/17

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gonz0555.111

1